■ In the Matter of DEREK JOSEY, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, et al., Respondents. [996 NYS2d 202]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, McCarthy, Garry and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.